1  SCOTT N. SCHOOLS, SCSBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Respondents
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          OAKLAND DIVISION

12
   KHUSHI SHARMA,                    )   No. C 07-5237-CW
13 JOYTIKA SHARMA,                   )
   PRASHANT SHARMA                   )
14                                   )   **STIPULATION TO A BRIEFING**
          Petitioners,                )   **SCHEDULE; AND [PROPOSED] ORDER**
15                                   )
       v.                            )
16                                   )
   NANCY ALCANTAR, in her Official   )
17 Capacity, Director San Francisco Office of )
   Detention and Removal, U.S. Immigration )
18 and Customs Enforcement; JULIE    )
   MEYERS, Assistant Secretary of    )
19 Department of Homeland Security for U.S. )
   Immigration and Customs Enforcement; )
20 MICHAEL CHERTOFF, Secretary,      )
   Department of Homeland Security;  )
21 PETER D. KEISLER, Acting Attorney )
   General, Department of Justice; KEVIN )
22 OHLSON, Director, Executive Office of )
   Immigration Review, Department of )
23 Justice,                          )
                                     )
24       Respondents.                )
                                     )
25
       Petitioners, by and through their attorney of record, and respondents, by and through their
26
   attorneys of record, hereby stipulate, subject to approval to the Court, to the following briefing
27
   schedule.
28

STIPULATION TO A BRIEFING SCHEDULE
C-07-5237-CW                              1

| | | |
|---|---|---|
| 1 | Respondents' Opposition to Habeas Petition: | October 26, 2007 |
| 2 | Petitioners' Reply: | November 5, 2007 |
| 3 | Hearing: | November 8, 2007, at 2:00 p.m. |

The respondents agree not to remove the petitioner prior to November 26, 2007.

Date:  October15, 2007					Respectfully submitted,

							SCOTT N. SCHOOLS
							United States Attorney


							/s/
							EDWARD A. OLSEN
							Assistant United States Attorney
							Attorneys for Respondents


Date: October15, 2007					/s/
							ZACHARY NIGHTINGALE, Esq.
							Attorney for Petitioners


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date:
							CLAUDIA WILKEN
							United States District Judge

STIPULATION TO A BRIEFING SCHEDULE
C-07-5237-CW					2