SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KHUSHI SHARMA, JOYTIKA SHARMA, PRASHANT SHARMA,<br><br>    Petitioners,<br><br>   v.<br><br>NANCY ALCANTAR, in her Official Capacity, Director San Francisco Office of Detention and Removal, U.S. Immigration and Customs Enforcement; JULIE MEYERS, Assistant Secretary of Department of Homeland Security for U.S. Immigration and Customs Enforcement; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; PETER D. KEISLER, Acting Attorney General, Department of Justice; KEVIN OHLSON, Director, Executive Office of Immigration Review, Department of Justice,<br><br>    Respondents. | No. C 07-5237-CW<br><br>**STIPULATION TO A BRIEFING SCHEDULE; AND [~~PROPOSED~~] ORDER** |

    Petitioners, by and through their attorney of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to approval to the Court, to the following briefing schedule.

STIPULATION TO A BRIEFING SCHEDULE
C-07-5237-CW                        1

| | | |
|---|---|---|
| 1 | Respondents' Opposition to Habeas Petition: | October 26, 2007 |
| 2 | Petitioners' Reply: | November 5, 2007 |
| 3 | Hearing: | November 8, 2007, at 2:00 p.m. |

The respondents agree not to remove the petitioner prior to November 26, 2007.

Date:  October15, 2007                                  Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Respondents


Date: October15, 2007                                  /s/
ZACHARY NIGHTINGALE, Esq.
Attorney for Petitioners


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:    10/16/07

CLAUDIA WILKEN
United States District Judge

STIPULATION TO A BRIEFING SCHEDULE
C-07-5237-CW                                                    2