SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KHUSHI SHARMA, JOYTIKA SHARMA, PRASHANT SHARMA,<br><br>    Petitioners,<br><br>  v.<br><br>NANCY ALCANTAR, in her Official Capacity, Director San Francisco Office of Detention and Removal, U.S. Immigration and Customs Enforcement; JULIE MEYERS, Assistant Secretary of Department of Homeland Security for U.S. Immigration and Customs Enforcement; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; PETER D. KEISLER, Acting Attorney General, Department of Justice; KEVIN OHLSON, Director, Executive Office of Immigration Review, Department of Justice,<br><br>    Respondents. | No. C 07-5237-CW<br><br>**STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

    Petitioners, by and through their attorney of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to approval to the Court, to dismissal of the above-entitled action in light of the fact that the Board of Immigration Appeals (BIA) adjudicated the

STIPULATION TO DISMISS
C-07-5237-CW                    1

petitioners' motion to reopen on October 16, 2007, and that any judicial review of the BIA's order will occur at the United States Court of Appeals for the Ninth Circuit.

Each of the parties shall bear their own costs and fees.

Date: October 25, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Respondents

Date: October 25, 2007

/s/
ZACHARY NIGHTINGALE, Esq.
Attorney for Petitioners

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____

CLAUDIA WILKEN
United States District Judge